NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**HERBERT E. TOWNSEND,**
*Appellant*

**v.**

**BROOKS SPORTS, INC.,**
*Appellee*

———————————

2021-2143

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00577.

———————————

**JUDGMENT**

———————————

STEVEN JOHN HAMPTON, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellant.  Also represented by HERBERT D. HART, III.

DARREN EDWARD DONNELLY, Polsinelli LLP, San Francisco, CA, argued for appellee.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 9, 2022          /s/ Peter R. Marksteiner
     Date               Peter R. Marksteiner
                        Clerk of Court